IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-po-7008-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODOLFO RIVERA,

Defendant.

---

ORDER SETTING TRIAL AND MOTIONS HEARING

---

Entered by U.S. Magistrate Judge Michael J. Watanabe.

It is hereby ORDERED that this matter is set for a one-day Bench Trial to the Court beginning on September 9, 2015 at 9:00 a.m., in the Alfred J. Arraj Bldg, at 901 19th Street, Denver, Colorado, Courtroom A502. The Provisions of the Local Rules of this Court and of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

It is further ORDERED that any pretrial motions are to be filed on or before July 27, 2015. Responses shall be filed on or before August 10, 2015.

It is further ORDERED that a Motions Hearing will be set for August 25, 2015 at 2:30 p.m. before Magistrate Judge Michael J. Watanabe, in the Alfred J. Arraj Bldg, at 901 19th Street, Denver, Colorado, Courtroom A502.

It is further ORDERED that thirty (30) days before trial, the parties shall notify the magistrate judge's petty offense courtroom deputy, Billie S. Diemand-Neligh/ Ellen Miller, who may be reached at (303) 335-2142 or 335-2101 , of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

It is further ORDERED that five (5) business days prior to the trial:

1. The parties shall file their trial briefs, not to exceed ten pages, and

2. Counsel shall electronically file **AND** provide a copy to the magistrate judge, emailed as an attachment in Word or Word Perfect editable format, proposed findings of fact and conclusions of law to watanabe_chambers@cod.uscourts.gov.

It is further ORDERED that each party shall file with the Clerk of the Court and provide the magistrate judge with an original and two copies of the following materials <u>at the beginning</u> of the court trial:

1. Witness list in alphabetical order;

2. Exhibit lists:

3. Exhibits:

    a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

    b. The parties shall meet and exchange their pre-marked exhibits before the beginning of the trial;

    c. The parties shall predetermine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

    d. Each party's original trial exhibits shall be used by the witnesses, and two copies of the exhibits shall be provided to the magistrate judge;

    e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

    f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

4. A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number to be cited; if the authority is case law, the Court shall be provided with a copy of the case;

5. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial;

6. A list of stipulated exhibits;

3

      7.  A list of stipulated facts;

      8.  A list of any facts of which a party is asking the Court to take judicial notice; and

      9.  A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

      SIGNED AND DATED this 7th day of July, 2015.

      BY THE COURT:

s/ Michael J. Watanabe  
MICHAEL J. WATANABE  
U.S. Magistrate Judge